Linda M. Lawson (Bar No. 77130)
llawson@mmhllp.com
Patricia A. Ellis (Bar No. 130044)
pellis@mmhllp.com
MESERVE, MUMPER & HUGHES LLP
800 Wilshire Boulevard, Suite 500
Los Angeles, California 90017-2611
Telephone: (213) 620-0300
Facsimile: (213) 625-1930

Attorneys for Defendant
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE BELSHER,<br><br>    Plaintiff,<br><br>    vs.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA; and AUTOMATIC DATA PROCESSING, INC., EMPLOYEE HEALTH AND WELFARE BENEFIT PLAN,<br><br>    Defendants. | Case No. SACV13-00773 CJC (ANx)<br><br>**ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE**<br><br>Complaint Filed: May 15, 2013 |

Based upon the stipulation of the parties, IT IS HEREBY ORDERED that this action, Case No. SACV13-00773 CJC (ANx), is dismissed in its entirety as to all defendants with prejudice. Each party shall bear its own attorney's fees and costs.

**IT IS SO ORDERED**.

Dated: March 18, 2014

_____
The Honorable Cormac J. Carney
United States District Court Judge